IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ALIHANDRO PITTMAN,**

    **Plaintiff,**

**vs.**	**CASE NO. 1:08CV118-MP/AK**

**CHIEF OF POLICE, et al,**

    **Defendants.**

_____/

### REPORT AND RECOMMENDATION

    Plaintiff filed a complaint on May 27, 2008, alleging excessive use of force during his arrest. (Doc. 1). He was directed to file an amended complaint to provide more facts and this order was returned as undeliverable "Inmate Released." (Docs. 11 and 12). Out of abundance of caution a show cause order was mailed to the last known address for the Plaintiff, but this, too, was returned as undeliverable "Inmate Released." (Docs. 13 and 14). As of this date, there has been no response to the order directing the filing of an amended complaint, no response to the show cause order or any further communication by Plaintiff with the Court. There is no current address for the Plaintiff.

    A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court

(docs. 11 and 13), and no current address for the Plaintiff. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this ___20th___ day of March, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:02CV396-SPM/AK