IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALIHANDRO RAE PITTMAN,

    Plaintiff,

v.                                             CASE NO. 1:08-cv-00118-MP-AK

JOHN BOSTICK,
CHIEF OF POLICE,
JONES,
CHARLES OWENS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to prosecute and to follow an order of the Court. The time for filing objections has passed, and none have been filed. In fact, since last year, all mail to Plaintiff has been returned undeliverable. The Court agrees that this matter should be dismissed for failure to prosecute. It is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This matter is dismissed without prejudice, and the Clerk is directed to close the file.

    **DONE AND ORDERED** this  *13th*   day of May, 2009



                          *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge